

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Billy Stearns,

Vs. No. 11-24-00278-CV

Billy Stewart,

* From the 35th District Court
  of Brown County,
  Trial Court No. CV2203056.

* December 11, 2025

* Memorandum Opinion by Williams, J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Billy Stearns.